The Honorable James P. Donohue

FILED ____ ENTERED
____ LODGED ____ RECEIVED

NOV 05 2018

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>Subject Email Account and Subject Laptop | NO. MJ18-071<br><br>MOTION TO UNSEAL |

The United States of America, by and through Annette L. Hayes, United States Attorney for the Western District of Washington, and Siddharth Velamoor, Assistant United States Attorney for said District, files this Motion to Unseal in this matter.

At the government's request, the Search Warrants, application for Search Warrants, and supporting materials in this matter were sealed until two weeks following the closure of the investigation. Although the investigation remains open, one of the targets of the investigation has now been charged, under cause number *United States v. Samal*, CR18-214JLR. The application for search warrants also describes to other targets of the investigation, one of whom has pleaded guilty under the cause *United States v. Tomaszewski*, CR18-213JLR, and the other has been aware of his status in the investigation. The target and others involved in the investigation are therefore now aware of the investigation, and the Government otherwise has no continuing need for the materials to remain under seal.

//

MOTION FOR ORDER UNSEALING UNDER-SEAL MATERIALS - 1
2016R00055

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The government accordingly requests that the materials in this matter be unsealed.

DATED this 5th day of November, 2018.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

*s/ Siddharth Velamoor*
Siddharth Velamoor
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: (206) 553-7970
Fax: (206) 553-0755
E-mail: siddharth.velamoor@usdoj.gov

MOTION FOR ORDER UNSEALING UNDER-SEAL MATERIALS - 2
2016R00055

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970